**Order entered April 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00477-CV

**IN RE MICHELLE DETMER CAMPO AND ROSANNA CANTU, Relators**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-08938**

## ORDER

The Court has before it relators' petition for writ of mandamus. We request that real party in interest and respondent file any responses by April 29, 2013.

/s/    KERRY P. FITZGERALD
        JUSTICE